### CULPEPPER *v.* DALLAS.

FISH, J.  The evidence was sufficient to authorize the verdict, and there was no error in overruling the motion for a new trial.

*Judgment affirmed.  All the Justices concurring, except Lumpkin, P. J., absent.*

Argued October 20,—Decided November 19, 1898.

Appeal.  Before Judge Butt.  Harris superior court. April term, 1898.

*C. J. Thornton,* for plaintiff in error.

---

### EARLY COUNTY *v.* ALEXANDER.

SIMMONS, C. J.  The evidence warranted the verdict, no error of law was complained of, and the court did not err in overruling the certiorari.

*Judgment affirmed.  All concurring, except Lumpkin, P. J., absent.*

Submitted October 22,—Decided November 19, 1898.

Certiorari.  Before Judge Sheffield.  Early superior court. April term, 1898.

*R. H. Sheffield,* for plaintiff in error.    *P. D. DuBose,* contra.